# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF MICHIGAN

Branden Trapp
*Plaintiff*

Case: 2:22-cv-12684
Assigned To : Goldsmith, Mark A.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 11/7/2022 2:49 PM
Description: CMP TRAPP V. ARBOR PROFESSIONAL SOLUTIONS INC. (DA)

v.

Jury Trial: ___ Yes  _X_ NO

Arbor Professional Solutions, Inc.
*Defendant(s)*

### Complaint for a Civil Case

**COME NOW,** Consumer is a natural living person, Branden Trapp, giving JUDICIAL NOTICE, that the Defendant has violated the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C § 1692et seq., and Privacy Act of 1974.

**I.     The Parties to This Complaint**

   **A.     The Plaintiff:**

   Branden Trapp
   12235 Wilshire Dr.
   Detroit, Wayne
   Michigan, 48213
   (813) 720 – 1672
   Branden.trapp@gmail.com

   **B.     The Defendant:**

   Arbor Professional Solutions, Inc
   2090 S. Main Street
   Ann Arbor, Washtenaw
   Michigan, 48103
   (800) 741 – 6955

**II.    Basis for Jurisdiction**

   _X_ Federal question

   **A.  If the Basis for Jurisdiction Is a Federal Question**

The US District Court for the Eastern District of Michigan has jurisdiction pursuant to 15 U.S.C § 1692k.

**III.   Statement of Claim**

PLAINTIFF, proceeding pro se brings this complaint against the defendant(s) and alleges as follows:

1

- Defendant is a "debt collector" pursuant to the FDCPA § 803 (6)
- All communication was made by CFPB complaint portal.

PLAINTIFF, proceeding pro se brings this complaint against the defendant and alleges as follows:

1. Defendant attempt to collect $685.00 from the plaintiff that is not authorized by an agreement or permitted by law.

2. Defendant has no agreement or contract with the plaintiff.

3. Defendant assumed the alleged debt was valid.

4. Plaintiff is without knowledge of the alleged debt the defendant purport to claim is owed.

5. On or around 08/25/2022 Plaintiff received a dunning letter from the defendant dated 08/25/2021.

6. Defendant fail to disclose in the initial communication with the consumer that the consumer has a right to validate the alleged debt pursuant to § 809 et seq.

7. On 08/26/2022 in response to the defendant dunning letter, Plaintiff served upon the defendant a "Statement of Facts" informing the defendant of the violations of the law.

8. On 09/07/2022, Plaintiff received a response from the defendant that contains a "copy" of an itemized statement from another organization, that proves the proffered documents fail to show the existence of the alleged debt is owed to the defendants.

9. On 09/07/2022, Plaintiff served upon the defendant a notice of defaulted.

10. On 09/21/2022, Plaintiff received a response from the defendant using obscene language to abuse the Plaintiff and collect on the alleged debt.

11. On 10/17/2022, Plaintiff served upon the defendant a "cease alleged debt collection Immediately" notice.

12. On 10/25/2022, Plaintiff received a response from the defendant, threating to take an action that cannot legally be taken or intended to be taken and continued to attempt to collect on the alleged debt.

13. On 10/26/2022, Plaintiff served upon the defendant a "Notice letter of Intent to sue" that included:

    a. Affidavit of facts,
    b. Unfiled U.S District Court Complaint,
    c. Invoice, and
    d. Seven (7) exhibits.

14. Defendant failed to respond to the "Notice letter of intent to sue" in the given timeframe.

15. The above detailed conduct by the defendant(s) has more to do with their deceptive and illegal act in their attempt to collect the alleged debt, as opposed to determined legitimacy of their alleged debt. The FDCPA related to the defendant even if they were collecting a legitimate debt. Plaintiff asserts for the record Plaintiff asserts the defendant is not a creditor, neither did the defendant provide any credit to the Plaintiff. Notwithstanding the defendant are a "debt collector" pursuant to 15 U.S.C § 1692a (6). Plaintiff alleged the FDCPA states in part,

    > "The term "debt collector" means any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempt to collect, directly or indirectly, debts owed or due or asserted to be owed or due another. **Notwithstanding the exclusion provided by clause (F) of the last sentence of this paragraph, the term includes any creditor who, in the process of collecting his own debts, uses any name other**

> than his own which would indicate that a third person is collecting or attempting to collect such debts."

16. Plaintiff therefore seeks damages because of defendant(s) acts.

## IV. Remedy/ Relief for Consumer

17. The consumer has been severely disadvantaged due to Arbor Professional Solutions failure to comply with the FDCPA and ill-gotten gains. The consumer seeks remedy of One Hundred Thousand Dollars ($100,000.00) for his injury (actual damage "mental anguish"); Nine Thousand Dollars ($9,000.00) for violations of the FDCPA failure to comply; any reasonable attorneys fee as determined by the court. Arbor Professional Solutions, Inc obtained the consumer personal information without the consumer consent, violating this consumer individual privacy and the Privacy Act of 1974.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous arguments for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/07, 20 22.

Signature of Plaintiff

Printed Name of Plaintiff Branden Trapp

12235 Wilshire Drive
Detroit, MI 48213
(813) 720 – 1672
Branden.trapp@gmail.com

3

IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MICHIGAN

Branden Trapp
*Plaintiff*

Case No.
_____
(To be filled in by the Clerk's Office)

v.

Jury Trial: ___Yes   X  NO

Arbor Professional Solutions, Inc.
*Defendant*

## Affidavit of Facts

Come now Branden Trapp, I am a natural person, living man, consumer, I have been appointed and accept being the executor both private and public for all matters proceeding, and I hereby claim that I will d/b/a BRANDEN, TRAPP and autograph as agent, so be it.

**WHEREAS**, I am of age of majority, give this herein notice to all, I make solemn oath to the one and only most high of creation only, whoever that may be, I depose the following **FACTS** that Arbor Professional Solutions, Inc hereafter "APS" has violated title 15 United States Code § 1692 et seq. (Fair Debt Collection Practices Act), thereafter "FDCPA", now present:

Fact APS is willfully in violation of the FDCPA pursuant to 15 U.S.C 1692g. Congress makes it clear that within five days after the initial communication with the consumer in connection with the collection of any debt, a debt collector shall send the consumer a written notice containing § 809 (3), (4), and (5).

Fact APS is willfully in violation of the FDCPA pursuant to 15 U.S.C 1692c (a). Consumer never given prior consent directly to APS neither do APS has the express permission of a court of competent jurisdiction to communicate with the consumer in connection with the collection of any debt.

Fact APS is willfully in violation of the FDCPA pursuant to 15 U.S.C 1692b (2) for stating the consumer owes an alleged debt.

Fact APS is willfully in violation of the FDCPA pursuant to 15 U.S.C 1692f (1). Congress makes it clear a debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt and the behavior to collect any amount is a violation.

Fact APS is willfully in violation of the FDCPA pursuant to 15 U.S.C 1692e (2) (A). Congress makes it clear a debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt and the behavior of false representation of the amount is a violation.

Fact APS is willfully in violation of the FDCPA pursuant to 15 U.S.C 1692d (2), for using obscene and profane language to abuse the reader (the consumer).

Fact APS is willfully in violation of the FDCPA pursuant to 15 U.S.C 1692b (5). Congress makes it clear a debt collector may not use any language or symbol in the contents of any communication effected by the mails that indicates that the debt collector is in the debt collection business or that the communication relates to the collection of a debt.

Fact APS is willfully in violation of the FDCPA pursuant to 15 U.S.C 1692e (10) for using deceptive means to attempt to collect an alleged debt.

Fact APS is willfully in violation of the FDCPA pursuant to 15 U.S.C 1692j. Congress makes it clear that it is unlawful to design, compile, and furnish any form knowing that such form would be used to create the false belief in a consumer that a person other than the creditor of such consumer is participating in an attempt to collect a debt such consumer allegedly owes such creditor, when in fact such person is not participating.
Fact APS is willfully in violation of the FDCPA pursuant to 15 U.S.C 1692j (b). APS has violated this section and shall be liable to the same extent and in the same manner as a debt collector is liable under 1692k of the FDCPA for failure to comply with a provision of the FDCPA.

Fact pursuant to 15 USC § 1692n FDCPA govern state(s) law of debt collection practices, unless state laws give better protection to the consumer than federal law.

**THIS AFFIDAVIT HAS TO BE REBUTTED LINE BY LINE WITH AN AFFIDAVIT OR SWORN STATEMENT UNDER THE PENALTY OF PERJURY, ANY PARTIAL RESPONSE IS NOT ACCEPTED AND TAKEN AS A NON-RESPONSE.**

Thank you,

    I swear to all information provided herein, I do so under the penalty of perjury that the information I so affirm to be true, correct, accurate to the best of my ability and knowledge, so be it;

I do not accept this offer to contract.
I do not consent to these proceedings.
I do require subrogation of the bond to settle the charge.

    On the date of 11/7/2022, Branden Lavar Trapp, agent, d/b/a BRANDEN LAVAR TRAPP came before me today present as a flesh and blood living being (non-entity/non debtor) under the oath to the most high of creation only and provided the **FACTS** listed herein.

_____   _____
Print (Branden Lavar Trapp)          Signature

Sworn to or affirmed by and subscribed before me on the 7th day of November, year 2022

DEVYANI P. BHATT     Devyani P. Bhatt   11/7/2022
(Print) Notary Name     Signature

Notary Seal:

DEVYANI P BHATT
Notary Public- Michigan
Wayne County
My Commission Expires: 10/10/2026

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Branden Trapp

**DEFENDANTS**
Arbor Professional Solutions, Inc

(b) County of Residence of First Listed Plaintiff: Wayne
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Washtenaw
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorneys (Firm Name, Address, and Telephone Number)
12235 Wilshire Dr
Detroit, MI 48213  (813) 720-1672

Case: 2:22-cv-12684
Assigned To : Goldsmith, Mark A.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 11/7/2022 2:49 PM
Description: CMP TRAPP V. ARBOR PROFESSIONAL SOLUTIONS INC. (DA)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*

|   | PTF | DEF |   | PTF | DEF |
|---|-----|-----|---|-----|-----|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

[Nature of suit checkboxes — none marked visibly except the cause of action below]

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C 1692 et seq.

Brief description of cause: illegal debt collection

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 109,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*  JUDGE _____ DOCKET NUMBER _____

DATE: 11/7/2022

SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?   ☐ Yes  ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes  ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

Notes :