UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| BRANDEN TRAPP, | Case No. 22-12684-MAG-CI |
| Plaintiff, | |
| v. | Hon. Mark A. Goldsmith |
| ARBOR PROFESSIONAL SOLUTIONS, INC., | Magistrate Judge: Curtis Ivy, Jr. |
| Defendant. | |

| | |
|---|---|
| Branden Trapp<br>*Plaintiff, In Pro Per*<br>12235 Wilshire Drive<br>Detroit, MI 48213 | Steven T. Buquicchio (P62076)<br>Jeffrey D. Koelzer (P78602)<br>VARNUM LLP<br>*Attorneys for Defendant*<br>P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(616) 336-6491<br>stbuquicchio@varnumlaw.com<br>jdkoelzer@varnumlaw.com |

## **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff and Defendant, through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's Amended Complaint is voluntarily dismissed with prejudice, and without costs or fees to either party.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation of voluntary dismissal with prejudice resolves all claims in this action.

STIPULATED AND AGREED:

                                    VARNUM LLP
                                    Attorneys for Defendant

Dated: February 6, 2023    By: */s/ Jeffrey D. Koelzer*
                                                 Jeffrey D. Koelzer
                                                 Bridgewater Place, P.O. Box 352
                                                 Grand Rapids, MI 49501-0352
                                                 (616) 336-6000
                                                 jdkoelzer@varnumlaw.com

                                    Branden Trapp
                                    Plaintiff

Dated: February 9, 2023    By: _____
                                                 Plaintiff, In Pro Per